# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STEVEN ROY CHRISTANELLI,

    Plaintiff,

v.                                                No. CV 18-827 CG

NANCY A. BERRYHILL, Acting
Commissioner of the Social
Security Administration,

    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER

**THIS MATTER** is before the Court on Defendant's *Motion for Enlargement of Time to File Answer*, (Doc. 10), filed January 25, 2019. Defendant asks for an extension of time to January 25, 2019, to file an answer in this case. The Court, having considered the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's *Motion for Enlargement of Time to File Answer*, (Doc. 10), is **GRANTED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE