# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STEVEN ROY CHRISTANELLI,

      Plaintiff,

v.                                               No. CV 18-827 CG

NANCY A. BERRYHILL,
Acting Commissioner for
Social Security Administration,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Extend Briefing Deadlines*, (Doc. 17), filed March 27, 2019. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reserve or Remand Administrative Agency Decision on or before **April 29, 2019**;

2. Defendant shall file a Response on or before **June 28, 2019**; and

3. Plaintiff may file a Reply on or before **July 12, 2019**.

                                              _____
                                           THE HONORABLE CARMEN E. GARZA
                                           CHIEF UNITED STATES MAGISTRATE JUDGE