# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

STEVEN ROY CHRISTANELLI,

    Plaintiff,

v.                                                                                     No. CV 18-827 CG

ANDREW SAUL, Commissioner for
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

    Pursuant to the *Memorandum Opinion and Order*, (Doc. 23), which granted Plaintiff's *Motion to Reverse for Payment of Benefits, or in the Alternative, to Remand for a Rehearing*, (Doc. 19), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE